(100 South. 631)

Ex parte Jim DICKEY. (4 Div. 139.)

(Supreme Court of Alabama. June 12, 1924.)

Certiorari to Court of Appeals.

A. G. Seay, of Troy, for petitioner.
Harwell G. Davis, Atty. Gen., opposed.

SOMERVILLE, J. Petition of Jim Dickey for certiorari to the Court of Appeals to review and revise the judgment and decision of said court in the case of Dickey et al. v. State (Ala. App.) 100 South. 630.

Writ denied.

ANDERSON, C. J., and THOMAS and BOULDIN, JJ., concur.